# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FUSTE, JOSE A. | District Court - Puerto Rico | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

RM. CH-133 U.S. COURTHOUSE
150 CHARDON AVENUE
SAN JUAN PR 00918-1758

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT, BOARD OF DIRECTORS | ST. MARY'S PLAZA CONDOMINIUM (SEE SECTION VIII FOR EXPLANATORY NOTE). |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FUSTE, JOSE A.** | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Banco Popular de Puerto Rico | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GINNIE MAE BONDS | D | Interest | L | T | | | | | |
| 2. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | B | Dividend | L | T | | | | | |
| 3. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | B | Dividend | K | T | | | | | |
| 4. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 5. AMERICAN FUNDS GROUP: SMALLCAP WORLD FUND | A | Dividend | M | T | | | | | |
| 6. JOHNSON & JOHNSON (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 7. SAVINGS ACCT. (CARIBE FEDERAL CREDIT UNION) | A | Dividend | J | T | | | | | |
| 8. CHECKING & SAVINGS ACCT. (BANCO POPULAR) | A | Interest | J | T | | | | | |
| 9. CHECKING & SAVINGS ACCT. (BANCO POPULAR) | A | Interest | J | T | | | | | |
| 10. CHECKING & SAVINGS ACCT. (BANCO POPULAR P.R.) | A | Interest | K | T | | | | | |
| 11. IRA ORIENTAL FED. BANK | B | Interest | K | T | | | | | |
| 12. IRA ORIENTAL FED. BANK | C | Interest | L | T | | | | | |
| 13. SAVINGS ACCT. (BANCO POPULAR) | A | Interest | J | T | | | | | |
| 14. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | B | Dividend | K | T | | | | | |
| 15. AMERICAN FUNDS GROUP: CAPITAL WORLD G+I | B | Dividend | L | T | | | | | |
| 16. SAVINGS ACCT. (BANCO POPULAR) | A | Interest | J | T | | | | | |
| 17. LEHMAN BROS. 1993 GRANTOR TRUST CORP BOND | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FOOTHILL EASTERN TRANSP. MUNI. BOND | C | Interest | L | T | | | | | |
| 19. NORTH ADAMS COMMUNITY SCHOOLS MUNI BOND | C | Interest | K | T | | | | | |
| 20. ELLIS CTY. GENERAL OBLIG. BOND | E | Interest | M | T | | | | | |
| 21. AMERICAN FUNDS GROUP: AMCAP FUND | A | Dividend | J | T | | | | | |
| 22. CHICAGO ILL GEN OBLIG MUNI BOND | C | Interest | L | T | | | | | |
| 23. PR MORTGAGE-BACKED & US GOV'T SECURITIES FUND | A | Dividend | J | T | | | | | |
| 24. INT'L HOSPITALITY ASSOC., CLASS A PREF SPEC P'SHIP INTEREST | | None | K | T | | | | | |
| 25. GMAC (PREFERRED STOCK) | A | Dividend | | | Redeemed | 04/08/13 | J | A | |
| 26. Evergreen Int'l Fund | A | Dividend | | | Sold | 01/31/13 | K | A | |
| 27. Illinois Development Finance Authorization Muni. Bond | D | Interest | K | T | | | | | |
| 28. PR Fixed Income Fund | A | Dividend | J | T | | | | | |
| 29. Colquitt County GA Muni. Bond | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FUSTE, JOSE A.** | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SEC. 1. POSITIONS. I OWN AN APARTMENT IN THE CONDOMINIUM AND RESIDE IN THE SAME. I RECEIVE NO COMPENSATION AND MY DUTIES ARE CONFINED TO NON-PROFIT OPERATION AND MAINTENANCE OF THIS RESIDENCIAL FACILITY. SEE ADVISORY OPINION 29 & CANON 5.

SEC. IV. REIMBURSEMENTS & GIFTS. I HAVE ONLY RECEIVED OFFICIAL COURT-RELATED REIMBURSEMENTS ON AUTHORIZED EXPENDITURES REGARDING OFFICIAL TRAVEL ON BEHALF OF THE U.S. COURTS.

SEC. VII. INVESTMENTS & TRUSTS. THE IRAs OWNED BY MY _____ AND MYSELF ARE CASH-EQUIVALENT ACCOUNTS MAINTAINED AT A FINANCIAL INSTITUTION. THEY ARE COMPOSED OF GINNIE MAE BONDS AND OTHER SECURITIES WHICH ARE NOT DIRECTED OR MANAGED BY EITHER OF US. WE HAVE NO ABILITY TO SELECT THE ASSETS WITHIN THE ACCOUNTS AND, IN FACT, WE ARE NOT NOTIFIED OF THEIR CONTENTS. MY _____ ALSO HAS A RETIREMENT ACCOUNT THAT CONSISTS OF SECURITIES TRADED WITHOUT HER CONSENT. DISCRETION LIES IN THE HANDS OF THE BROKER, AND WE ARE AWARE OF PURCHASES AND SALES ON A DELAYED BASIS, WITH NO CONTROL OVER THEIR TIMING.

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSE A. FUSTE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544